*1035 ante, p. 919;
ante, p. 921;
ante, p. 940;.
ante, p. 923;
ante, p. 959;
531 U.S. 1130;
531 U.S. 1163;
531 U.S. 1165;
531 U.S. 1171;
531 U.S. 1173;
ante, p. 909;
531 U.S. 1176;
ante, p. 910;
ante, p. 926;
ante, p. 929;
ante, p. 930;
ante, p. 930;
ante, p. 932;
ante, p. 932;
ante, p. 932;
ante, p. 946;
531 U.S. 1142;
531 U.S. 1201;
531 U.S. 1201;
ante, p. 911;
ante, p. 964;
*1036 No. 00-8713.
No. 00-8777.
ante, p. 965; and
ante, p. 940. Petitions for rehearing denied.